IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-46 (MTT) |
| | ) |
| KEEON CULP, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The defendant, by and through his counsel, has moved to continue this case until the next trial term.  Doc. 39.  The defendant, along with co-defendant Xzavious Davis, was indicted on September 12, 2023.  Doc. 1.  Defendant Keeon Culp had his arraignment in this Court on September 19, 2023.  Doc. 11.  One prior continuance has been granted.  Doc. 34.  The defendant, by and through his counsel, filed a motion to suppress and requested an evidentiary hearing on December 13, 2023.  Doc. 40.  The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to allow for sufficient time to address the motion to suppress.  Doc.39 at 2.  The government does not oppose the motion.  *Id.*

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial.  Accordingly, the motion (Doc. 39) is **GRANTED**.  The case is continued from the January term until the Court's next trial term presently scheduled for **March 11, 2024**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 15th day of December, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT